EXHIBIT - A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

SARAH OSBORNE, an individual,

                Plaintiff,

vs.

THE CHEESECAKE FACTORY RESTUARNTS, INC., a foreign corporation

                Defendants.

NO. 20-2-07221-0

COMPLAINT FOR DAMAGES

Plaintiff by and through her counsel of record, David A. Williams, and for causes of action against defendant, alleges as follows:

1. Plaintiff is a Washington resident.

2. This court has jurisdiction and venue.

3. On or about August 18th, 2017, Plaintiff was a business invitee at Defendant's Tacoma, Washington restaurant.

4. Plaintiff contracted food poisoning, specifically "e-coli", from food served to her at Defendant's facility.

5. The food poisoning was proximately caused by Defendant's negligence.

COMPLAINT FOR DAMAGES- 1

DAVID A. WILLIAMS
9 Lake Bellevue Drive, Suite 104 Bellevue, WA 98005
Telephone (425) 646-7767 - Facsimile (425) 646-1011

6. Plaintiff suffered general and special damages as a result of the food poisoning, as will be proven at trial.

WHEREFORE the Plaintiff prays for judgment against the Defendant for her general and special damages as will be proven at trial, for her costs and attorney's fees as allowed by law, and for such other and further relief as the court deems just and equitable.

DATED this 2 day of August, 2020.

_____
DAVID A. WILLIAMS, WSBA #12010
Attorney for Plaintiff

COMPLAINT FOR DAMAGES- 2

DAVID A. WILLIAMS
9 Lake Bellevue Drive, Suite 104 Bellevue, WA 98005
Telephone (425) 646-7767 - Facsimile (425) 646-1011